# AFFIDAVIT OF SERVICE

CIVIL ACTION NO: 22-CV-02242

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

Attorneys: ARTHUR H. FORMAN    Ph: 718 268-2616    File No: 22AF002
Address: 98-20 METROPOLITAN AVENUE, FOREST HILLS, NY 11375

NITISCH CHANDRA DAS                                            PLAINTIFF(S)
-against-
HURRICANE DINER CORP. d/b/a NISI KITCHEN,                      DEFENDANT(S)
KUMARSS RAZAGHI, AND ALEXANDER RAZAGHI

---

STATE OF NEW YORK, COUNTY OF QUEENS, SS:

I, **PANAGIOTIS ANTIARIS** being duly sworn, deposes and says that deponent is not a party to this proceeding, is over the age of 18 years and resides in the State of New York. That on **4/27/22** at: **2:35 PM** deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **KUMARSS RAZAGHI** defendant therein named at **549 MAIN STREET, ROOSEVELT ISLAND, NY 10044**

| | |
|---|---|
| SERVICE UPON PERSON OF SUITABLE AGE  **X** | By gaining admittance to said property and delivering to and leaving with **ALEXANDER RAZAGHI** Who is a person of suitable age and discretion, who resides or is employed at the premises a true Copy of **SUMMONS IN A CIVIL ACTION AND COMPLAINT** for each and every defendant named therein |
| MAILING  **X** | That on **4/28/22**, deponent mailed true copies of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** by certified, first class mail in a postpaid sealed wrapper and regular first class mail in a postpaid sealed wrapper properly addressed to defendant at defendant's **PLACE OF BUSINESS,** and deposited wrapper in a post office of the United States Postal Service within New York State. The mailing was made to the address bearing "Personal & Confidential" and not indicating "Legal Action" |
| DESCRIPTION OF RECIPIENT  **X** | Sex: **M**   Skin: **LIGHT BROWN**   Hair: **BLACK**   Age: **EARLY 40'S**  Height: **5'9"**   Weight: **190 LBS**   Other Identifying Features: |

Panagiotis Antiaris
Lic# 1249148

Sworn to before me on: 4/28/22

FOTI AGELOPOULOS
NOTARY PUBLIC STATE OF NEW YORK
BRONX COUNTY
LIC. #01AG0208648
COMM. EXP. 7/16/25