# AFFIDAVIT OF SERVICE

CIVIL ACTION NO: 22-CV-02242

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Attorneys: ARTHUR H. FORMAN   Ph: 718 268-2616   File No: 22AF002
Address: 98-20 METROPOLITAN AVENUE, FOREST HILLS, NY 11375

NITISCH CHANDRA DAS                                                         PLAINTIFF(S)
-against-
HURRICANE DINER CORP. d/b/a NISI KITCHEN,                                   DEFENDANT(S)
KUMARSS RAZAGHI, AND ALEXANDER RAZAGHI

STATE OF NEW YORK, COUNTY OF QUEENS, SS:

I, **PANAGIOTIS ANTIARIS** being duly sworn, deposes and says that deponent is not a party to this proceeding, is over the age of 18 years and resides in the State of New York. That on **4/27/22** at: **2:35 PM** deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **ALEXANDER RAZAGHI** defendant therein named at **549 MAIN STREET, ROOSEVELT ISLAND, NY 10044**

**INDIVIDUAL BY PERSONAL DELIVERY**

X

Deponent served the legal paper(s) noted above at the above address by personally delivering a true copy of each paper to said individual upon the above named individual. Deponent knew the individual so served to be the person described as said defendant above. Deponent identified (her)him as such, based on statement of the individual served.

**DESCRIPTION OF RECIPIENT**

X

Sex: **M**   Skin: **LIGHT BROWN**   Hair: **BLACK**   Age: **EARLY 40'S**
Height: **5'9"**   Weight: **190 LBS**   Other Identifying Features:

Panagiotis Antiaris
Lic# 1249148

Sworn to before me on: 4/28/22

FOTI AGELOPOULOS
NOTARY PUBLIC STATE OF NEW YORK
BRONX COUNTY
LIC. #01AG0203643
COMM. EXP. 7/6/25