UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
NITISCH CHANDRA DAS,

                                         Plaintiff,

     -v.-

HURRICANE DINER CORP. d/b/a Nisi Kitchen,
KUMARSS RAZAGHI, and ALEXANDER RAZAGHI,

                                         Defendants.
-----------------------------------------------------------------------X

Case No. 22-CV-2242 (EK)(SJB)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by her undersigned attorney, stipulates and agrees that all causes of action against defendants, HURRICANE DINER CORP. d/b/a Nisi Kitchen, KUMARSS RAZAGHI, and ALEXANDER RAZAGHI, in the above captioned action may be and hereby are dismissed without prejudice.

Dated:  June 13, 2022
         Forest Hills, New York

                                                            /S/
                                            ARTHUR H. FORMAN
                                           90-20 Metropolitan Avenue
                                           Forest Hills, New York 11375
                                           (718) 268-2616

                                           *Attorney for Plaintiff*